IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONALD K. MCLAUGHLIN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0611

Opinion filed July 8, 2016.

An appeal from an order of the Circuit Court for Levy County.
Mark W. Moseley, Judge.

Donald K. McLaughlin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.